**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITI FIBER LLC,**<br>    *Plaintiff,* | § § § § | |
| **v.** | § § § | **CIV. ACT.  NO. 1:26-cv-331** |
| **IRBY CONSTRUCTION COMPANY**<br>**D/B/A LEGEND FOUNDATION,**<br>    *Defendant.* | § § § § | |

**DEFENDANT IRBY CONSTRUCTION COMPANY D/B/A LEGEND FOUNDATION'S**
**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant Irby Construction Company d/b/a Legend Foundation ("Irby" or "Defendant"), and files this Notice of Removal, and, in support thereof, would respectfully show unto this Honorable Court as follows:

**I.**
**STATE COURT ACTION**

1.     This case was initially filed in the 172nd Judicial District Court of Jefferson County, Texas, Cause No. 26DCCV1304, styled as *Uniti Fiber, LLC v. Irby Construction Company d/b/a Legend Foundation* (the "State Court Lawsuit"). In its Original Petition, Plaintiff Uniti Fiber LLC states that it seeks damages in the amount of $135,429.82.

**II.**
**PARTIES**

2.     Plaintiff Uniti Fiber LLC is a Delaware limited liability company with its principal place of business in the state of Alabama. Upon information and belief, no member of Uniti Fiber LLC is a citizen of the state of Mississippi.

1

3.      Defendant Irby Construction Company d/b/a Legend Foundation is a corporation organized under the laws of the state of Mississippi with its principal place of business in the state of Mississippi.

4.      Thus, because Defendant is a citizen of the state of Mississippi, and Plaintiff is not a citizen of the state of Mississippi, there is complete diversity of citizenship between the parties.

### III.
### JURISDICTION

5.      The Court has jurisdiction over the subject matter of this cause pursuant to 28 U.S.C. § 1332 because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this cause is removable pursuant to 28 U.S.C. § 1441 and § 1446.

### IV.
### TIMELINESS

6.      The Notice of Removal of a civil action shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. 28 U.S.C. § 1446(b)(1).

7.      On June 25, 2026, Plaintiff Uniti Fiber LLC filed its Original Petition. On July 6, 2026, Defendant Irby Construction Company d/b/a Legend Foundation was served with the Petition, and thus, received notice of the lawsuit. Thirty days have not elapsed since this date. Accordingly, this Notice of Removal is timely and proper.

### V.
### ATTACHMENTS

8.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule CV-81, the following exhibits are attached hereto and incorporated herein by reference for all purposes:

Exhibit A:      List of all parties in the case

Exhibit B:      Civil cover sheet

Exhibit C:      Certified copy of the state court docket sheet

Exhibit D:      Copies of all pleadings that assert causes of action and all answers to such pleadings

Exhibit E:      Copies of all process and orders served upon the party removing the case

Exhibit F:      Complete list of attorneys involved in the action being removed

Exhibit G:      Record of which parties have requested a jury trial

Exhibit H:      The name and address of the Court from which the case was removed

## VI.
## CONDITIONS PRECEDENT

9.      Defendant has tendered the filing fee required by the Clerk of the United States District Court for the Eastern District of Texas, Beaumont Division, along with this Notice of Removal.  A copy of this Notice of Removal is also being filed in the 172nd Judicial District Court of Jefferson County, Texas, and all counsel of record are being provided with complete copies.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Irby Construction Company d/b/a Legend Foundation respectfully requests that that the above action bearing Cause No. 26DCCV1304, styled as *Uniti Fiber, LLC v. Irby Construction Company d/b/a Legend Foundation*, pending in the 172nd Judicial District Court of Jefferson County, Texas, be removed to this Court.

Respectfully submitted,

**MEHAFFYWEBER, P.C.**

BY: */s/ "Trey" B.G. Sandoval III*
    "Trey" B.G. Sandoval III
    State Bar No. 24048784
    treysandoval@mehaffyweber.com
    Taylor C. Toups
    State Bar No. 24137248
    taylortoups@mehaffyweber.com
    MEHAFFYWEBER, P.C.
    500 Dallas Street, Suite 2800
    Houston, TX 77002
    Phone: (713) 655-1200
    Fax: (713) 655-0222

**ATTORNEYS FOR DEFENDANT**
**IRBY CONSTRUCTION COMPANY D/B/A**
**LEGEND FOUNDATION**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on the 4th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

        /s/ *"Trey" B.G. Sandoval III*
        "TREY" B.G. SANDOVAL III

4