**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITI FIBER, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-331 |
| | § | |
| IRBY CONSTRUCTION COMPANY d/b/a | § | |
| LEGEND FOUNDATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO CONDUCT RULE 26(f) CONFERENCE

Having been informed by the clerk that one or more defendants in this case have appeared by filing an answer or otherwise, the court directs the parties to confer as required by FED. R. CIV. P. 26(f) no later than September 3, 2026.

In addition to a discussion of the items set forth in Rule 26(f), the parties shall attempt in good faith to agree on certain matters, including deadlines for a proposed Scheduling Order, and shall file with the court a joint written report outlining their proposals no later than September 17, 2026.

The parties must include the following matters in the joint conference report:

1.      A factual and legal description of the case that sets forth the elements of each cause of action and each defense;

2.      The date the Rule 26(f) conference was held, the names of those persons who attended, and the parties they represented;

3.   A list of any cases related to this case pending in any state or federal court, identifying the case numbers and courts along with an explanation of the status of those cases;

4.   An agreed discovery/case management plan, if agreement can be reached, which will be used by the court to prepare a Scheduling Order (a sample Scheduling Order form is attached).   The parties are encouraged to submit a completed Scheduling Order with their joint conference report, including proposed deadlines for the following:

    a.   Joining additional parties;

    b.   Filing amended pleadings;

    c.   Disclosing expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b);

    d.   Completing all discovery;

    e.   Filing motions, including motions to transfer, to remand, to exclude or limit expert testimony, to dismiss, and for summary judgment;

5.   A suggested date for the Final Status Conference (see attached list of the court's available Final Status Conference dates), at which time the final pretrial conference and the trial will be scheduled;

6.   The expected length of trial and whether it will be to a jury or the bench; and

7.   Whether the parties jointly consent to trial before a magistrate judge.

The joint conference report must be signed by counsel for each party and by any unrepresented parties.

All parties should keep in mind that the failure to participate fully in the Rule 26(f) conference or to submit the joint conference report on a timely basis may result in the imposition of sanctions authorized by FED. R. CIV. P. 16(f).

In addition, all parties must comply with Judge Crone's Standing Orders, which are available on the court's website: https://www.txed.uscourts.gov/?q=judge/district-judge-marcia-crone.  Failure to comply with the Standing Orders or any other order of the court may result in the imposition of sanctions.

IT IS FURTHER ORDERED that any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Eastern District of Texas exercise one of the following options within twenty (20) days:

(1)     File an Application to Practice in this Court;

(2)     File a Motion for Admission Pro Hac Vice pursuant to Local Rule AT-1(d); or

(3)     Secure substitute counsel admitted to practice in this court for the party presently being represented.

SIGNED at Beaumont, Texas, this 6th day of August, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

3

**UNITED STATES DISTRICT COURT \* \* \* \* \* \* \* EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

UNITI FIBER, LLC                                    §
                                                   §
                                                   §
*versus*                                           §        CIVIL ACTION NO. 1:26-CV-331
                                                   §
IRBY CONSTRUCTION COMPANY d/b/a                    §
LEGEND FOUNDATION                                  §

### SCHEDULING ORDER

The following schedule shall be followed.  All communications concerning the case shall be directed in writing to Julia Colyer, Court Administrator for Judge Crone, 300 Willow St., Suite 239, Beaumont, TX 77701.  For urgent matters, Ms. Colyer may be contacted at (409) 654-2880.

This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, local rule, or case law.

All parties must comply with Judge Crone's Standing Orders, which are available on the court's website: https://www.txed.uscourts.gov/?q=judge/district-judge-marcia-crone.  Failure to comply with the Standing Orders or any other order of the court may result in the imposition of sanctions.

1. _____     NEW PARTIES shall be joined by this date.

2. _____     The pleadings shall be AMENDED by this date.

3. _____     PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.  (**This date must be after the deadline to amend pleadings.**)

4. _____     DEFENDANTS shall designate EXPERT WITNESSES in writing and provide expert reports by this date.  (**This date must be after the deadline to amend pleadings.**)

5. _____     DISCOVERY shall be completed by this date.  (**This date must be after the deadlines to designate expert witnesses.**)

6. _____     MOTION CUT-OFF.  Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion.  (**This date must be at least 2 weeks after the discovery completion date.**)

   If no motions are pending at the time of the Motion Cut-Off deadline, the parties shall submit a joint status report by this date.  The status report should state whether this matter will be ready for trial by the Final Status Conference deadline, as well as any other pertinent issues regarding these proceedings.

7. _____     The JOINT PRETRIAL ORDER, including motions in limine, deposition designations, and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.  (**This date must be at least 12 weeks after the motion cut-off.**)

8. _____  OBJECTIONS TO proposed exhibits, witnesses, and deposition designations, as well as responses to motions in limine, shall be filed by this date. (**This date must be no more than 1 week after the Joint Pretrial Order is due.**)

9. _____  RESPONSES TO OBJECTIONS shall be filed by this date. A failure to file a response to an objection shall create a presumption in favor of the court's sustaining the objection. (**This date must be no more than 1 week after the objections are due.**)

10. _____  FINAL STATUS CONFERENCE at 10:00 a.m. (**Select a date from the attached list, which must be at least 2 weeks after the responses to objections are due.**) The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

11. _____  Estimated time to try before a jury/the court. (**Underline one.**)

**Beaumont Final Status Conference Dates for Judge Marcia A. Crone**

(Select one of the dates listed below to complete Number 10 of the Scheduling Order)

| | |
|---|---|
| September 4, 2026 | May 5, 2028 |
| October 2, 2026 | June 2, 2028 |
| November 6, 2026 | July 7, 2028 |
| December 4, 2026 | August 4, 2028 |
| January 8, 2027 | September 1, 2028 |
| February 5, 2027 | October 6, 2028 |
| March 5, 2027 | November 3, 2028 |
| April 2, 2027 | December 1, 2028 |
| May 7, 2027 | January 5, 2029 |
| June 4, 2027 | February 2, 2029 |
| July 2, 2027 | March 2, 2029 |
| August 6, 2027 | April 6, 2029 |
| September 3, 2027 | May 4, 2029 |
| October 1, 2027 | June 1, 2029 |
| November 5, 2027 | July 6, 2029 |
| December 3, 2027 | |
| January 7, 2028 | |
| February 4, 2028 | |
| March 3, 2028 | |
| April 7, 2028 | |